UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CORPORATE COMPUTER
SERVICES, INC., et al.,

    Plaintiffs,

Case No. 22-cv-10923
Hon. Matthew F. Leitman

v.

UR MEDOZA JADDOU,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 30, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 30, 2022, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764